# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JULIE FREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-cv-911-R |
| ) | |
| COMPANION LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Julie Frey and Defendant Companion Life Insurance Company hereby stipulate to the dismissal of the above entitled action without prejudice to the refiling thereof. Each side is to bear its own costs and attorneys' fees.

Respectfully submitted,

*s/ Richard M. Healy*
RICHARD M. HEALY, OBA #4030
MICHAEL C. FELTY, OBA #10804
CHANTEL P. JAMES, OBA #32431
LYTLE, SOULÉ & CURLEE, P.C.
119 N. Robinson Ave., Ste. 1200
Oklahoma City, OK 73102
Telephone:   (405) 235-7471
Facsimile:   (405) 232-3852
healy@lytlesoule.com
felty@lytlesoule.com
james@lytlesoule.com

*Attorneys for Plaintiff*
*Julie Frey*

*s/ Bradley K. Donnell*
*(electronically signed and submitted by Mr. Healy with Mr. Donnell's permission)*
BRADLEY K. DONNELL, OBA #15922
ANDREW J. MORRIS, OBA #31658
MCAFEE & TAFT A PROFESSIONAL CORP.
Tenth Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102
Telephone:   (405) 235-9621
Facsimile:   (405) 235-0439
brad.donnell@mcafeetaft.com
andrew.morris@mcafeetaft.com

*Attorneys for Defendant*
*Companion Life Insurance Company*